# MEMORANDUM DECISIONS.

Armour Packing Company, a corporation under the laws of New Jersey, Plaintiff in Error, vs. John Pfeiffer, George Pfeiffer, Rudolph H. Pfeiffer and Charles W. Pfeiffer, copartners as H. Pfeiffer & Co., Defendants in Error.

Writ of error to Circuit Court, Escambia county; William D. Barnes, Judge.

S. R. Mallory and John B. Jones, for Plaintiff in Error.

No appearance for Defendants in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants, and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.